# Court of Appeals
# of the State of Georgia

ATLANTA,   October 03, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0197. NAM JU TUNCEL v. LEVENT TUNCEL.**

Nam Ju Tuncel, defendant in the divorce action below, seeks direct appeal of the trial court's August 5, 2014 order denying her motion to dismiss the divorce action.[1] We lack jurisdiction.

It is clear from the trial court's order that the case remains pending below, and no final judgment has been entered. Therefore, the order that Tuncel wishes to appeal is interlocutory in nature. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991). A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court.[2] See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Tuncel's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.

---

[1] Because the challenged order is interlocutory, this appeal does not fall within the Supreme Court's jurisdiction over divorce and alimony cases. See *Egeland v. Egeland*, 279 Ga. 565 (619 SE2d 596) (2005).

[2] Tuncel filed an application for interlocutory appeal, but we dismissed her application because no certificate of immediate review was issued in the case. See *Tuncel v. Tuncel*, A15I0006 (dismissed on Sept. 15, 2014).



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*___10/03/2014___

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*